UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-18989
Hana Budova )
)  Chapter: 13
) Honorable Carol A. Doyle
)
)
Debtor(s) )

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. That the current plan default is deferred to the end of the plan.

2. The Chapter 13 plan term is extended to 65 months in accordance with 11 U.S.C. §1329(d)(1).

3. The plan base will remain the same.

4. Nothing in this Order will require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: September 22, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600